IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOBBI JO SELLARS, | CV-17-23-GF-BMM |
| Plaintiff, | ORDER EXTENDING DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff, Bobbi Jo Sellars, by and through her counsel of record, having filed an unopposed motion for an Order extending the deadlines for expert disclosures, discovery and motions set forth in Paragraph 1 of the Court's Order dated July 27, 2017 (Doc. 14),

IT IS HEREBY ORDERED that the deadlines for expert disclosures, discovery and motions set forth in Paragraph 1 of this Court's Order dated July 27, 2017 (Doc. 16) are hereby amended as follows:

| | |
|---|---|
| All parties shall disclose liability experts and Plaintiff shall disclose damages experts on or before: | January 15, 2018 |
| Defendant shall disclose damages experts on or before: | February 12, 2018 |
| All parties shall disclose rebuttal experts on or before: | February 26, 2018 |
| Discovery shall close on: | March 30, 2018 |

Discovery motions, with supporting briefs, shall be filed no later than 10 days following the moving party's compliance with Fed. R. Civ. P. 26(c) or 37(a)(3).

All pretrial motions, other than discovery motions,

to include motions for summary judgment and
motions in limine, shall be filed and fully briefed
on or before:                                        May 25, 2018

The Court's Order dated July 27, 2017 (Doc. 16) shall remain in full

force and effect in all other respects.


DATED this 9th day of November, 2017.




Brian Morris
United States District Court Judge